# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY- NEWARK VICINAGE

| | |
|---|---|
| **RAYVIN BUTLER**, (as *Administrator ad Prosequendum* on behalf of decedent and as general administrator of the intestate estate of decedent, Tyree Crawford, Jr.) 62 Pine Grove Terrace Newark, NJ 07106,<br><br>Plaintiff,<br><br>v.<br><br>**BARRY BAKER**, Individually; **GEORGE HINES**, Individually; **EUCLIDES LOPEZ**, Individually; **RICHARD CASALE**, Individually; **DANIEL OLIVERIA**, Individually; **FRANCISCO MARTINEZ**, Individually; **RONALD SOTO**, Individually; **COREY GRUBBS**, Individually; **IVORY HAYES**, Individually; **JOHN AND JANE DOE NEWARK POLICE OFFICERS, 1-10**, Individually; **JOHN AND JANE DOE NEWARK POLICE SUPERVISORS, 1-5**, Individually, | Case No. 04942<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATION OF JACK MEYERSON IN SUPPORT OF THE MOTION FOR EDWARD SKIPTON TO APPEAR PRO HAC VICE AS COUNSEL FOR RAYVIN BUTLER

JACK A. MEYERSON hereby certifies as follows:

1. I am an attorney licensed to practice in the State of New Jersey and a partner with the law firm of Meyerson & O'Neill. I submit this certification in support of the application of Edward Skipton, also of my firm, for admission *pro hac vice* in the above-captioned matter pursuant to Rule 101.1(c) of the Local Civil rules of the United States District Court for the District of New Jersey.

2. Pursuant to L. Civ. R 101.1(c)(4), all pleadings, briefs, and other papers filed with the Court shall be signed by me, Jack Meyerson, an attorney of record authorized to practice before the United States District Court for the District of New Jersey. I shall be responsible for

the conduct of the case and of Edward Skipton. All notices, orders, and pleadings may be served upon me and I shall notify Mr. Skipton of their receipt. I shall be present before the Court during all phases of this proceeding.

I hereby certify that the foregoing statements made by me are true. If any of the statements made by me are willfully false, I am subject to punishment

Date: November 3, 2016                                                          /s/ Jack A. Meyerson
                                                                                                    Jack A. Meyerson