# MEYERSON & O'NEILL
### ATTORNEYS AT LAW
1700 MARKET STREET - SUITE 3025
PHILADELPHIA, PA 19103
(215) 972-1376
FAX: (215) 972-0277
Website: www.meyersonlawfirm.com

JACK A. MEYERSON*
email: jmeyerson@meyersonlawfirm.com

DEBORA A. O'NEILL*
email: doneill@meyersonlawfirm.com

JAMES A WELLS
email: jwells@meyersonlawfirm.com

EDWARD SKIPTON*
email: eskipton@meyersonlawfirm.com

*Admitted in Pennsylvania and New Jersey

Of Counsel to Studio Legale IURA in Bologna, Italy

December 14, 2016

**VIA ECF FILING**
The Honorable Steven C. Mannion
United States Magistrate Judge, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    Butler v. Baker, et al.
               No. 2:16-cv-04942

Dear Judge Mannion,

      The Defendants in the above matter were granted an extension until December 5, 2016 to file a response to the Complaint. As of this time, no response has been filed. I write to respectfully request that the Court schedule a telephone status conference so that this matter can be addressed.

Respectfully,

Jack Meyerson

cc: Syrion Anthony Jack, Esq. (via ECF)